**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-3337-WJM-MEH

SOLOMON ABRAHAM,
TESFAYE WORKNEH,
ADDIS H. TESSEMA,
MULUNEH M. TIZAZU, and
BIRHANU DINKU

    Plaintiffs,
v.

HERTZ CORPORATION,
SIMPLY WHEELZ LLC, d/b/a ADVANTAGE RENT A CAR,
ACCORD HUMAN CAPITAL, INC., d/b/a/ ACCORD STAFFING & HUMAN CAPITAL MANAGEMENT, and
STRYDEN CORPORATON,

    Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF MAGISTRATE JUDGE AND
DISMISSING PLAINTIFFS' COMPLAINT WITHOUT PREJUDICE**

---

This matter is before the Court on the August 2, 2103 Recommendation of United States Magistrate Judge Michael E. Hegarty (the "Recommendation") (ECF No. 28) that Plaintiffs' Complaint (ECF No. 1) be dismissed without prejudice based on Plaintiff's failure to prosecute and failure to comply with Court orders.  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation.  (ECF No. 28 at 1 n.1.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been received.

The Court concludes that the Magistrate Judge's analysis was thorough and sound, and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(b) advisory committee's note ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) ("In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate.").

In accordance with the foregoing, the Court ORDERS as follows:

(1) The Magistrate Judge's Recommendation (ECF No. 28) is ADOPTED in its entirety;

(2) Plaintiffs' Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with the Court's orders;

(3) The Clerk of the Court is DIRECTED to close the above-captioned matter and enter judgment in accordance with this Order.

Dated this 28th day of August, 2013

BY THE COURT:

William J. Martínez
United States District Judge