**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-03337-WJM-MEH

SOLOMON ABRAHAM,
TESFAYE WORKNEH,
ADDIS H. TESSEMA,
MULUNEH M. TIZAZU, and
BIRHANU DINKU,

    Plaintiffs,

v.

HERTZ CORPORATION,
SIMPLY WHEELZ LLC, d/b/a ADVANTAGE RENT A CAR,
ACCORD HUMAN CAPITAL, INC., d/b/a/ ACCORD STAFFING & HUMAN CAPITAL MANAGEMENT, and
STRYDEN CORPORATON,

    Defendants.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a), all previous orders entered in the case, and the Order Adopting Recommendation of Magistrate Judge and Dismissing Plaintiffs' Complaint Without Prejudice, entered by the Honorable William J. Martínez, United States District Judge, on August 28, 2013,

IT IS ORDERED that the Magistrate Judge's Recommendation (ECF No. 28) is ADOPTED in its entirety.

IT IS FURTHER ORDERED that Judgment is entered in favor of Defendants and against the Plaintiffs and the Plaintiffs' Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with the Court's orders.

IT IS FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado this  29th  day of August, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler, Deputy Clerk